## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

UNITED STATES OF AMERICA,          :
                                   :
v.                                 :
                                   :    Case No.: 7:24-CR-20 (WLS-TQL)
                                   :
WALTER LOPEZ,                      :
                                   :
                                   :
        Defendant.                 :
_____    :

### ORDER

Before the Court is an Unopposed Motion to Continue in the Interest of Justice (Doc. 19) submitted by Defendant on August 6, 2024. Therein, Defendant requests the Court to continue both pretrial conference that is currently set for August 13, 2024, and trial set for September 9, 2024, and requests that the case to be continued to the next available Valdosta trial term. (*Id.*) Defense Counsel explains that some issues that require further investigation were discovered during the review of discovery, and thus, Defendant needs additional time to research and investigate. (*Id.*) Defense Counsel also notes that the Government does not oppose the instant Motion. (*Id.*)

Based upon the stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the Unopposed Motion (Doc. 19) is **GRANTED**. The pretrial conference set for August 13, 2024, is **CANCELED**. The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division November trial term beginning on November 4, 2024, and its conclusion, or as may otherwise be ordered by the Court.

1

Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this <u>6th</u> day of August 2024.

<u>/s/ W. Louis Sands</u>
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**